IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT, IN AND FOR POLK COUNTY, FLORIDA

CASE NO:

LATONYA TILLMAN,

    Plaintiff,

v.

WAL-MART STORES EAST, LP,

    Defendant.
_____/

## COMPLAINT

Plaintiff, LATONYA TILLMAN, by and through her undersigned attorneys, sues the Defendant, WAL-MART STORES EAST, LP, and states as follows:

1) This is an action for damages that exceeds Thirty Thousand Dollars ($30,000.00), exclusive of interest, costs, and attorney's fees.

2) At all times material to this action, Plaintiff, LATONYA TILLMAN, was a natural person residing in Polk County, Florida.

3) At all times material to this action, Defendant, WAL-MART STORES EAST, LP, was a foreign Limited Liability Corporation licensed to do business and with a location in Polk County, Florida.

4) At all times material to this action, Defendant, WAL-MART STORES EAST, LP, was in possession and control of a retail establishment located at 355 Cypress Gardens Boulevard, Winter Haven, FL 33880, operating under the name WAL-MART SUPERCENTER #968.

5) On or about April 19, 2020, while Plaintiff, LATONYA TILLMAN, was lawfully on Defendant's premises located at the above address as a business invitee, Plaintiff, LATONYA TILLMAN, slipped on a transitory substance, and, as a consequence, Plaintiff, LATONYA TILLMAN, fell forcefully to the ground and sustained severe bodily injury.

6) Defendant, WAL-MART STORES EAST, LP, had a duty to its invitees, including Plaintiff, LATONYA TILLMAN, to maintain its premises, including the floors, in a responsibly safe condition for use by its invitees, and to warn its invitees of any known hazards or hazardous conditions, about which Defendant knew or reasonably should have known through the exercise of reasonable care.

7) At the above time and place, Defendant, WAL-MART STORES EAST, LP, breached its duties owed to Plaintiff, LATONYA TILLMAN, by committing one or more of the following omissions or commissions:

   a. Negligently failing to maintain or adequately maintain the floor, thus creating an unreasonably dangerous condition to members of the public, including Plaintiff.

   b. Negligently failing to inspect or adequately inspect the cleanliness of the floor, as specified above, to ascertain whether the transitory substance on the floor constituted a hazard to pedestrians utilizing said floor, thus creating a unreasonably dangerous condition to members of the public, including Plaintiff;

   c. Negligently failing to warn or adequately warn Plaintiff of the danger of the transitory substance on the floor, when the Defendant knew or through

exercise of reasonable care should have known that said floor was unreasonably dangerous and that Plaintiff was unaware of the same; and

d. Negligently failing to correct or adequately correct the unreasonably dangerous condition of the transitory substance on Defendant's premises, when this condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care.

8) As a direct and proximate result of the negligence of Defendant, WAL-MART STORES EAST, LP, Plaintiff, LATONYA TILLMAN, suffered bodily injury in and about is body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scaring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of the ability to earn money, and aggravation of previous existing conditions. These losses are either permanent or continuing, and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, LATONYA TILLMAN, sues Defendant, WAL-MART STORES EAST, LP, for damages and demands judgment in excess of Thirty Thousand Dollars ($30,000.00), plus interest and costs, and demands trial by jury by all issues so triable.

## DEMAND FOR JURY TRIAL

Plaintiff, LATONYA TILLMAN, demands a jury trial on all issues so triable of each and every one of the Counts set forth above.

**RESPECTFULLY** submitted this 28th day of June, 2021.

*/s/ Ethan M. Kim*
**ETHAN M. KIM, ESQ**
Florida Bar No. 0059124
DAN NEWLIN INJURY ATTORNEYS
7335 W. Sand Lake Road, Suite 300
Orlando, FL 32819
Telephone: 407-878-1378
Facsimile:  863-877-4340
SERVICE EMAIL
Primary Email:Kim.Pleadings@newlinlaw.com
Secondary Email:Heather.Hughes@NewlinLaw.com
Tertiary Email: Lina.Mondragon@newlinlaw.com

PERSONAL EMAIL (NOT for service of pleadings)
Ethan.Kim@newlinlaw.com