UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LATONYA TILLMAN,

   Plaintiff,

v.                                                                                          Case No: 8:21-cv-2069-WFJ-TGW

WAL-MART STORES EAST, LP,

   Defendant.
_____/

**O R D E R**

The Court has been advised by **the Notice of Settlement (Dkt. 31)** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09, M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on November 17, 2022.

                                                     s/*William F. Jung*
                                                   **WILLIAM F. JUNG**
                                                   **UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record